*Monday, October 8, 2001*

# DISCIPLINARY DOCKET

**01–1179. Cleveland Bar Assn. v. Reed.**
Upon consideration of respondent's motion to strike relator's answer,
IT IS ORDERED by the court that the motion be, and hereby is, denied.
DOUGLAS, J., would grant only regarding striking pages 1–6.

**01–1205. Disciplinary Counsel v. Watson.**
Upon consideration of respondent's motion for reconsideration of the findings of fact, conclusions of law, and recommendations of the Board of Commissioners on Grievances and Discipline of the Supreme Court, *nunc pro tunc* correction of the findings of fact and conclusions of law, and respondent's Rule 58 request for findings by the court, request for findings on respondent's motion to dismiss, motion to strike, and respondent's renewed motion to dismiss and/or in the alternative, respondent's motion for directed verdict (judgment notwithstanding the verdict) and other relief, request for findings on the respondent's motions to dismiss, motion to strike, and respondent's renewed motion to dismiss, or in the alternative, respondent's motion for directed verdict and other relief,
IT IS ORDERED by the court that the motions be, and hereby are, denied.

# MISCELLANEOUS DISMISSALS

**00–1554. Day v. Middletown–Monroe City School Dist.**
Butler App. No. CA99–11–186. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of appellants' application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, October 9, 2001*

# MOTION DOCKET

**01–1752. State ex rel. N. Olmsted v. Cuyahoga Cty. Bd. of Elections.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relator's motion for a temporary restraining order,
IT IS ORDERED by the court that the motion be, and hereby is, granted, and that the respondent be enjoined from issuing absentee ballots to registered voters in the city of North Olmsted until this cause is resolved.

**01–1756. Smith v. United States Aviation Underwriters, Inc.**
Delaware App. No. 01CAE08035. This cause is pending before the court as a discretionary appeal. Upon consideration of the motion of appellant United States Aviation Underwriters, Inc. for a stay of the judgment of the court of appeals and a stay of the trial in the court of common pleas, and upon consideration of appellant's notice that the trial court has stayed the trial set for October 8, 2001,
IT IS ORDERED by the court that the motion for stay be, and hereby is, dismissed as moot.